UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| BARRY MOSELEY,<br><br>                Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY<br>of NORTH AMERICA,<br><br>                Defendant. | Civil Action No. __ 4:18-cv-00001-JHM |

COMPLAINT

Introduction

1. This Complaint seeks all available legal and equitable relief arising from and relating to disability benefits provided by insurance policies issued and insured by Defendant.

2. The headings in this Complaint are provided solely to assist in reviewing the statements and allegations contained herein.

3. The factual allegations contained herein are not exhaustive and are intended to provided Defendant with the requisite notice of Plaintiff's claims.

Jurisdiction & Venue

4. This Court has subject matter jurisdiction over the claims asserted in this action for monetary and equitable relief under Federal Question Jurisdiction pursuant to 28 U.S.C. § 1331 and the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(e)(1) and § 1132(f).

5. Venue is appropriate in the United States District Court for the Western District of Kentucky pursuant to 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391. Defendant can be found

in this district. Plaintiff also resides in this district.

## Parties

6. Plaintiff Barry Moseley ("Mr. Moseley") is a participant in and insured third-party beneficiary of the disability insurance policies at issue in this lawsuit.

7. Defendant Life Insurance Company of North America ("LINA") is the issuer and insurer of the disability insurance policies at issue in this lawsuit.

## Facts

8. Mr. Moseley was employed by Owensboro Health, Inc., a Kentucky non-profit corporation based in Owensboro.

9. As an Owensboro Health employee, Mr. Moseley was covered by two insurance policies issued and insured by LINA – a long-term disability insurance policy, and a life insurance policy with disability waiver of premium benefits.

10. On July 13, 2016, and because his physical and cognitive functional limitations and restrictions prevented him from performing his job duties, Mr. Moseley worked his last day and applied for disability benefits under the LINA insurance policies.

11. LINA denied Mr. Moseley's claims and subsequent appeals, and as a result, Mr. Moseley exhausted the administrative process.

12. Mr. Moseley satisfied, and has continued to satisfy, the insurance policies' requirements necessary for him to receive the respective policy's disability benefits.

## Claims

13. The disability insurance policies are written contracts, with LINA and Mr. Moseley parties to the contract.

14. LINA breached the terms of the insurance contracts. By way of example, and

without limitation, LINA denied Mr. Moseley's disability benefits without regard to the opinions of his treating and examining physicians, without examining him as required by the policies, and by relying on medical opinions from individuals that did not meet the policies' respective definitions of physician.

15. LINA's contractual breaches have damaged Mr. Moseley, not only in the loss of his disability benefits, but also in the loss of earnings on the unpaid benefits, the loss of opportunity, and attorneys' fees and costs incurred.

16. 29 U.S.C. §§1132(a) is the enforcement mechanism permitting Mr. Moseley to enforce the contractual terms of the insurance policies, to obtain past benefits, to receive reinstatement of the disability benefits, to obtain declaratory relief, and to obtain other appropriate equitable relief including, but not limited to, surcharge, make-whole relief, and disgorgement.

## Prayer for Relief

17. Mr. Moseley requests the Court enter judgment in his favor and against LINA on all claims asserted herein.

18. Mr. Moseley requests the Court award his reasonable attorneys' fees and costs.

19. Mr. Moseley requests the Court award pre- and post-judgment interest at the greater of the prime rate or the rate actually earned by LINA.

20. Mr. Moseley requests the Court award all other available legal or equitable relief.

21. Mr. Moseley requests leave to amend the complaint as needed.

Dated:  January 4, 2018            Respectfully submitted by,

                                              s/ Michael D. Grabhorn            .
                                              Michael D. Grabhorn
                                              *m.grabhorn@grabhornlaw.com*
                                              Andrew M. Grabhorn
                                              *a.grabhorn@grabhornlaw.com*
                                              Grabhorn Law | Insured Rights™
                                              2525 Nelson Miller Parkway, Suite 107
                                              Louisville, KY 40223
                                              p: (502) 244-9331
                                              f: (502) 244-9334