UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **BARRY MOSELEY,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,**<br><br>        **Defendant.** | Civil Action No. 4:18-cv-00001-JHM |

**NOTICE of 41(a)(2) DISMISSAL**

  Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Barry Moseley files this notice for dismissal of his claims in this lawsuit with prejudice. In support, Mr. Moseley states that on September 5, 2018, the parties in this lawsuit attended a private mediation. At the mediation, the parties were able to reach an agreement to resolve this lawsuit amicably. Moreover, Defendant has *not* asserted a counterclaim in this action. Therefore, Mr. Moseley requests the Court dismiss his claims with prejudice, with each of the parties bearing their own attorneys' fees and costs.

  A proposed order is attached for the Court's consideration.

              \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Date: September 27, 2018 | Respectfully Submitted,<br><br>s/ Andrew M. Grabhorn<br>Michael D. Grabhorn<br>*m.grabhorn@grabhornlaw.com*<br>Andrew M. Grabhorn<br>*a.grabhorn@grabhornlaw.com*<br>Grabhorn Law \| Insured Rights™<br>2525 Nelson Miller Parkway, Suite 107<br>Louisville, KY 40223<br>p: (502) 244-9331<br>f: (502) 244-9334 |

## Certificate of Service

    I certify that on September 27, 2018, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                      s/ Andrew M. Grabhorn