# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **BARRY MOSELEY,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,**<br><br>      **Defendant.** | Civil Action No. 4:18-cv-00001-JHM |

## ORDER

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Barry Moseley has provided a notice to the Court requesting dismissal claims in this lawsuit with prejudice. In support, Mr. Moseley states the parties have reached a settlement in this lawsuit. Further, Defendant has *not* asserted any counterclaims. The Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** the claims in this lawsuit are **DISMISSED** with prejudice, with each of the parties bearing their own attorneys' fees and costs.

*[Signature]*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

October 3, 2018